IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEITH LAMAR COLE     PLAINTIFF

V.     CASE NO.: 5:15-CV-5212

CAROLYN W. COLVIN, Commissioner
Social Security Administration     DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on October 6, 2016, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 25th day of October, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE